# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARNOLD FLEMING,

Plaintiff,

v.

SHERIFF PAZIN,

Defendant.

/

CASE NO. 1:06-cv-00894-OWW-SMS PC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO EXHAUST PRIOR TO FILING SUIT

(Docs. 1 and 8)

Plaintiff Arnold Fleming ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 26, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file an Objection to the Findings and Recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

[1] The United States Postal Service returned the Findings and Recommendations on March 13, 2007, as undeliverable. A notation on the envelope stated "attempted not known." However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 27, 2007, is adopted in full; and

2. This action is dismissed, without prejudice, based on plaintiff's failure to comply with 42 U.S.C. § 1997e(a) by exhausting his claims prior to filing suit.

IT IS SO ORDERED.

**Dated: April 27, 2007**

**/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE